UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN PYKE, on behalf of himself and all others similarly situated, <br><br> Plaintiff(s), <br><br> -against- <br><br> SN SERVICING CORP. <br><br> Defendants. | Civil Case No.: 3:23-cv-03543 (GC)(DEA) <br><br> STIPULATION OF VOLUNTARY DISMISSAL |

**WHEREAS,** it is hereby stipulated by and between Counsel that this action is settled.

**THEREFORE**, it is ordered by the Court that this action is discontinued without costs and with prejudice.

Dated: December 21, 2023

*/s/ Benjamin J. Wolf*
Benjamin J. Wolf, Esq.
JONES, WOLF & KAPASI, LLC
630 Third Avenue, 18th Floor
New York, New York 10017
bwolf@legaljones.com

*/s/ Jonathan A. Singer*
Jonathan A. Singer, Esq. (*admitted pro hac vice*)
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
jon.singer@saul.com

_____
SO ORDERED:
U.S. DISTRICT JUDGE

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this Order, the case and docket shall be marked closed.

**IT IS SO ORDERED:**
*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.
12 /22/2023